2008 UT 14

**STATE of Utah, Plaintiff and Appellant,**

v.

**James L. BROWN, Defendant and Appellee.**

**No. 20061065.**

Supreme Court of Utah.

Feb. 15, 2008.

Mark L. Shurtleff, Att'y. Gen., Karen A. Klucznik, Asst. Att'y. Gen., Salt Lake City, for plaintiff.

Shelden R. Carter, Provo, for defendant.

PER CURIAM:

¶ 1 Based on this court's recent decision in *State v. Williams,* 2007 UT 98, 175 P.3d 1029, the interlocutory ruling from which this peti-

---

tion is brought is summarily reversed. The appellate briefing scheduled is vacated and this matter is remanded for proceedings consistent with this court's decision in *Williams*.